IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,                 No. CIV S-08-1690 WBS EFB

    vs.

Z AND D MANAGEMENT INC., dba
FRUITRIDGE CHIROPRACTIC OFFICE,
POMPILIO GATAIN, and ILEANA GAITAN,

    Defendants.                <u>ORDER</u>

_____/

         Plaintiff's motion for entry of default judgment came on regularly for hearing before the assigned magistrate judge on March 11, 2009.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(19) and 28 U.S.C. § 636(b)(1).

         On July 7, 2009, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days.   No objections were filed.

         The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

////

1

1. The Findings and Recommendations filed July 7, 2009, are adopted in full;

2. Plaintiff's motion for default judgment as to defendant Z and D Management Inc., doing business as Fruitridge Chiropractic Office, is GRANTED, with the entry of the final judgment to await final resolution of all claims as to the remaining defendants, Fed. R. Civ. P. 54(b);

3. Statutory damages pursuant to California Civil Code 52 are awarded for each of plaintiff's three actual visits to defendant Z and D, in the total amount of $12,000; and

4. Injunctive relief is granted against defendant Z and D requiring a properly configured van-accessible disabled parking space with an accessible route to an accessible main entrance to the business known as Fruitridge Chiropractic Office, located at 4441 Fruitridge Road, Sacramento, California, in conformity with the Americans with Disabilities Act Accessibility Guidelines, as set forth in 28 C.F.R. Part 36.

DATED: August 6, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2