ROBERT C. LORBEER, SBN 172072
ATTORNEY AT LAW
372 FLORIN ROAD, #320
SACRAMENTO, CA  95831
TELEPHONE:       (916) 971-9166
FAX:             (916) 283-4412
EMAIL:  LORBEER-R@PRODIGY.NET

ATTORNEY FOR DEFENDANTS: POMPILIO & ILEANA GAITAN

SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PRVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
TELEFAX (916) 481-4224
E-MAIL  SCOTTNJOHNSON@COMCAST.NET

ATTORNEY FOR PLAINTIFF SCOTT N. JOHNSON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br>     Plaintiff,<br><br>   vs.<br><br>Z AND D MANAGEMENT, INC.,<br>INDIVIDUALLY AND DBA<br>FRUITRIDGE CHIROPRACTIC<br>OFFICE; POMPILIO GAITAN;<br>ILEANA GAITAN,<br>     Defendants | 2:08-CV-01690-WBS-EFB<br><br>JOINT REQUEST FOR<br>CONTINUANCE<br><br>PRETRIAL CONFERENCE:8/24/09<br><br>TIME:  2:00pm<br><br>COURTROOM: 5; THE HONORABLE<br>WILLIAM B. SHUBB |

     Plaintiff, SCOTT N. JOHNSON, and Defendants, POMPILIO

GAITAN and ILEANA GAITAN by and through their respective

attorneys of record, (SCOTT N. JOHNSON; ROBERT C. LORBEER)

jointly request a continuance of the Pretrial Conference

**2:08-CV-01690-WBS-EFB                        JOINT REQUEST**
**                                              FOR CONTINUANCE**
1

presently set for August 24, 2009 at 2:00pm in Courtroom 5, The Honorable William B. Shubb presiding.

This Request for a continuance is based on the following:

1. The parties have been in extended settlement discussions and Plaintiff has made a reasonable demand for settlement that Defense Counsel will recommend to his clients;

2. The Defendants have been out of the Country, and out of communication, for an extended period of time and are scheduled to return to California on August 24;

3. Both Counsel anticipate that this matter will settle shortly after the Defendants return.

RESPECTFULLY SUBMITTED:

Dated:  August 17, 2009

        DISABLED ACCESS PREVENTS INJURY, INC.

          BY:_/s/Scott N. Johnson____

            SCOTT N. JOHNSON
            Attorney for Plaintiff
            **SCOTT N. JOHNSON**

Dated:  August 13, 2008

           By:_/s/ Robert C. Lorbeer_
              ROBERT C. LORBEER
              Attorney for Defendants
          **Pompilio Gaitan and Ileana Gaitan**

**2:08-CV-01690-WBS-EFB**              **JOINT REQUEST FOR CONTINUANCE**

1  **IT IS SO ORDERED:** that the **Pretrial Scheduling Conference is**
2  **Continued to September 21, 2009 at 2:00 p.m.  The Jury Trial**
3  **is continued to October 20, 2009 at 9:00 a.m.**
4  
5  Dated:  August 17, 2009

*[Signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

28  **2:08-CV-01690-WBS-EFB**                              JOINT REQUEST
                                                          FOR CONTINUANCE